IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMELL C. NEWBERN,

Petitioner,

v.

UNITED STATES OF AMERICA,        CIVIL No. 10-64-DRH
                                 CRIMINAL No. 05-30071-DRH
Respondent.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Motion to Request Additional Time to File Response (Doc. 3) by the United States of America. The Government asks that they be granted an additional thirty (30) days in which to file a response to Petitioner's § 2255 motion as the attorney assigned to the case is preparing for a trial the same week of the response deadline and needs additional time to prepare the response. Based on the reasons in the motion, the Court **GRANTS** the Government's motion to request additional time to file response (Doc. 3). The Government will have up to and including **August 20, 2010** in which to file its response to the § 2255 motion.

IT IS SO ORDERED.

Signed this 15th day of July, 2010.

/s/ David R. Herndon
**Chief Judge**
**United States District Court**